# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REDWOOD TECHNOLOGIES, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> TP-LINK TECHNOLOGIES CO., LTD., § <br> § <br> *Defendant*. § <br> § | CIVIL ACTION NO.  2:22-CV-00372-JRG |

## ORDER

Before the Court is the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff Redwood Technologies, LLC ("Plaintiff").  (Dkt. No. 4.)  In the Notice, Plaintiff gives notice that the above-captioned case against Defendant TP-Link Technologies Co., Ltd. ("Defendant") is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs, expenses, and attorneys' fees.  All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jan 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE